**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| BENEDICT P. MORELLI, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| JEREMY ALTERS | ) | |
| Defendant, | | |

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that Defendant Jeremy Alters, by and through undersigned counsel, hereby removes the above captioned-action, pending in the Supreme Court of the State of New York, County of New York, with Index No. 160813/2019, to the United States District Court for the Southern District of New York, pursuant to 1332(a), 1441(a), 1441(b) and 1446(a):

1. Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process and pleadings, and orders served upon Defendant in the state court civil action are attached as the following exhibits: Exhibit "A" – Summons With Notice.

2. Plaintiff served the Summons with Notice on Defendant on Tuesday, November 12, 2019. In accordance with 28 U.S.C. §1446(b), this Notice of Removal is filed within thirty (30) days after receipt by Defendant of the Summons With Notice.

3. This Notice of Removal is being filed in the United States District Court for the Southern District of New York, the district in which the case is pending.

4. This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a)(1), because this is an action between citizens of different States, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. At all relevant times, Defendant Jeremy Alters is an individual residing in Florida, (Ex. A at 4, listing Defendant's address as "277 Ocean Avenue Golden Beach, FL 33160") and Plaintiff Benedict Morelli is an individual residing in New York. *Id.* at 1. ("Plaintiff's residence is 350 East 79th St., New York, NY 10021"). Further, "'an individual's residence at the time a lawsuit is commenced provides prima facie evidence of his domicile' – which in turn determines citizenship." *Diego Beekman Mut. Hous. Ass'n Hous. Dev. Fund Corp. Hdfc. v. Dish Network, L.L.C.*, No. 15 Civ. 1094, 2016 WL 1060328, at *7 (S.D.N.Y. Mar. 15, 2016) (quoting *Willis v. Westin Hotel Co.*, 651 F. Supp. 598, 601 (S.D.N.Y. 1986)).

6. Accordingly, since Plaintiff is a citizen of the State of New York and Defendant is a citizen of the State of Florida, the parties are completely diverse pursuant to 28 U.S.C. § 1332(a).

7. The Summons with Notice states that the Plaintiff seeks "compensatory damages of not less than $25 million, [and] punitive damages not less than $25 million" Ex. A at 2. Thus, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

WHEREFORE, Defendant, Jeremy Alters, gives notice that the above-styled case now pending in the Supreme Court of the State of New York, County of New York, is removed therefrom to this Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served via CM/ECF on this day on all counsel of record on the Service List below.

Respectfully submitted,
*s/BRADFORD M. COHEN*

BRADFORD M. COHEN, ESQ.
Florida Bar No. 118176
BRADFORD COHEN LAW
1132 SE 3rd Avenue
Ft. Lauderdale, FL 33301
Tel: 954-523-7774
Fax: 954-523-2656

EXHIBIT A

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

| | |
|---|---|
| BENEDICT P. MORELLI,<br><br>Plaintiff,<br><br>-against-<br><br>JEREMY ALTERS,<br><br>Defendant. | Index No. 160813/2019<br><br>Date Purchased: November 6, 2019<br><br>**SUMMONS WITH NOTICE**<br><br>Plaintiff designates New York County as the place of trial. Venue is proper pursuant to C.P.L.R. § 503(a). Plaintiff's residence is 350 East 79th St., New York, NY 10021 |

YOU ARE HEREBY SUMMONED to serve a notice of appearance or demand for the complaint on plaintiff's attorneys within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear, judgment will be taken against you by default for the relief demanded in the notice set forth below.

**Notice**: The nature of this action is: 1) for damages for fraud, fraudulent inducement, misrepresentation, conversion, breach of fiduciary duty, and breach of contract in connection with multiple agreements including without limitation the August 20, 2015 agreement between the parties (the "2015 Agreement), and the September 18, 2018 assignment agreement between the parties (the '2018 Agreement"); 2) for a declaration that the 2015 Agreement is void and unenforceable, and requiring the return to plaintiff of all monies paid to defendant and others pursuant to the 2015 Agreement; 3) for a declaration that defendant is liable for the full amount

due under the 2018 Agreement; and 4) for such other and further relief as the Court deems just and proper.

Upon your failure to appear, judgment will be taken against you by default for the relief sought, including for compensatory damages of not less than $25 million, punitive damages of not less than $25 million, and for declaratory relief, together with interest, attorneys' fees and costs, and such other relief as the Court may award.

Dated: New York, New York
November 6, 2019

KASOWITZ BENSON TORRES LLP

By: s/ Marc E. Kasowitz

Marc E. Kasowitz
David E. Ross
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Plaintiff*

To: Jeremy Alters
277 Ocean Blvd.
Golden Beach, FL 33160

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** NEW YORK

---------------------------------------------------------------x

BENEDICT MORELLI,

Plaintiff/~~Petitioner~~,

- against -

Index No. 160813/2019

JEREMY ALTERS,

Defendant/~~Respondent~~.

---------------------------------------------------------------x

**NOTICE OF ELECTRONIC FILING**
**(Mandatory Case)**
(Uniform Rule § 202.5-bb)

**You have received this Notice because**:

1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney**:
  Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney**:
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

- serving and filing your documents electronically
- free access to view and print your e-filed documents
- limiting your number of trips to the courthouse
- paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov