USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BENEDICT P. MORELLI,

                              Plaintiff,

         -against-                         1:19-cv-10707-GHW

JEREMY ALTERS,                         ORDER

                             Defendant.
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, New York County on November 19, 2019. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than December 6, 2019. In addition, Plaintiff's counsel is directed to promptly file a notice of appearance in this case. Defendants are directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: November 21, 2019
New York, New York

                                                      GREGORY H. WOODS
                                              United States District Judge