USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2020

**MEMORANDUM ENDORSED**

| | |
|---|---|
| BENEDICT P. MORELLI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JEREMY ALTERS | ) |
| | ) |
| Defendant, | |

## UNOPPOSED MOTION TO APPEAR TELEPHONICALLY

Defendant, Jeremy Alters ("Alters"), by and through the undersigned counsel, hereby files this Motion to Appear Telephonically (the "Motion") at the Pre-Trial Conference scheduled for February 10, 2020 in support states as follows:

1. Pursuant to the Court's Notice of Initial Pretrial Conference [ECF # 6], a Pretrial Conference is scheduled in this matter, on February 10, 2020 at 2 PM, in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

2. The undersigned attorneys, whose office is based in Fort Lauderdale, Florida seek the Court's permission to appear by telephone on behalf of the Defendant, Jeremy Alters, in order to minimize the expenses incurred by the Defendant associated with attending the conference in person, and in order to allow the undersigned to fulfill obligations with other hearings scheduled in South Florida on February 10, 2020.

3. The filing of this Motion is done in good faith and will not prejudice any party.

**STOK KON + BRAVERMAN**
1 East Broward Boulevard, Suite 915 • Fort Lauderdale, FL 33301 • P.954.237.1777 • F.954.237.1737 • E-mail: service@stoklaw.com

4. The undersigned conferred in good faith with counsel for Plaintiff by email earlier today, and Plaintiff's counsel advised that they do not oppose the relief requested herein. Further, Plaintiff's counsel advised the undersigned that they will be appearing in person at the conference.

**WHEREFORE**, the Defendant, Jeremy Alters, respectfully request that this Honorable Court enter an order allowing their counsel to appear telephonically at the Hearing scheduled for February 10, 2020 at 2:00 PM, together with any such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

Respectfully submitted,

STOK KON + BRAVERMAN
*Attorneys for Defendant*
One East Broward Boulevard
Suite 915
Fort Lauderdale, FL 33301
P. 954.237.1777
F. 954-237-1737
Email: rstok@stoklaw.com
Email: drosenblatt@stoklaw.com
Secondary: service@stoklaw.com

By:  *David I. Rosenblatt, Esq.*
DAVID I. ROSENBLATT, ESQ.
ROBERT A. STOK, ESQ. (admitted *pro hac vice*)

Application denied.

SO ORDERED.

Dated: February 6, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge