**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| BENEDICT P. MORELLI, and<br>THE MORELLI LAW FIRM, PLLC,<br><br>Plaintiffs,<br><br>v.<br><br>JEREMY ALTERS<br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 19-CV-10707-GHW |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Plaintiffs, BENEDICT P. MORELLI and THE MORELLI LAW FIRM, PLLC f/k/a/ Morelli Ratner, PC, a New York corporation, and JEREMY W. ALTERS, an individual, hereby stipulate and agree that the above-captioned action is voluntarily dismissed with prejudice, each Party to bear their own fees and costs, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**STIPULATED AND AGREED:**

Plaintiffs:

THE MORELLI LAW FIRM, PLLC
By Benedict P. Morelli, its President

BENEDICT P. MORELLI

Defendant:

JEREMY W. ALTERS

Dated: August 8, 2021

KASOWITZ BENSON TORRES LLP

By: ____________________

Marc E. Kasowitz
David E. Ross
Sondra D. Grigsby
1633 Broadway
New York, New York 10019
(212) 506-1700
mkasowitz@kasowitz.com
dross@kasowitz.com
sgrigsby@kasowitz.com

*Attorneys for Plaintiffs*

STOK KON & BRAVERMAN

By: ____________________

Robert A. Stok, Esq.
David I. Rosenblatt, Esq.
One East Broward Boulevard
Suite 915
Fort Lauderdale, FL 33301
rstok@stoklaw.com
drosenblatt@stoklaw.com

*Attorneys for Defendant*